IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

| | |
|---|---|
| CHRISTOPHER HARGROVE, | |
| Plaintiff, | CIVIL ACTION NO.: 4:19-cv-228 |
| v. | |
| CHRISTOPHER DICKERSON; and COCA-COLA BOTTLING COMPANY UNITED, INC., | |
| Defendants. | |

**O R D E R**

Before the Court is the "Consent Voluntary Dismissal With Prejudice" filed by Plaintiff and Defendants on March 26, 2020, wherein the parties notify the Court that they have reached an agreement to settle the matter and stipulate to the dismissal of this case with prejudice. (Doc. 12.) Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Court **DISMISSES** this action with prejudice. The Clerk is hereby authorized and directed to **CLOSE** this case.

**SO ORDERED**, this 6th day of July, 2020.

R. STAN BAKER
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA